[Nos. 17077-5-I; 20738-5-I. Division One. February 29, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MELVIN HEWETT, *Appellant.*

*In the Matter of the Personal Restraint of* MELVIN HEWETT, *Petitioner.*

Appeal from the judgment of the Superior Court for Whatcom County, No. 84-1-00199-5, David A. Nichols, J., entered September 6, 1985, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Scholfield, C.J., concurred in by Webster, J., and Williams, J. Pro Tem.

[No. 20293-6-I. Division One. February 29, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JUNIOR HERBY HOLLOWAY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-04452-0, Stephen M. Reilly, J., entered April 6, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 18884-4-I. Division One. February 29, 1988.]

LUTHERAN DAY-CARE, *Respondent,* v. SNOHOMISH COUNTY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-2-03274-6, Joseph A. Thibodeau, J., entered July 1, 1986. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield, C.J., and Pekelis, J.